■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FARMER, Appellant. [700 NYS2d 844] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered April 11, 1996, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed is not excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and we decline to review it in the exercise of our interest of justice jurisdiction. Ritter, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER FINLEY, Appellant. [700 NYS2d 759] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 22, 1993 (People v Finley, 190 AD2d 859), affirming a judgment of the Supreme Court, Rockland County, rendered October 31, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, O'Brien and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENT FRAZIER, Appellant. [700 NYS2d 749] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 31, 1997 (People v Frazier, 237 AD2d 618), affirming a judgment of the Supreme Court, Kings County, rendered May 15, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Altman, McGinity and Luciano, JJ., concur.